**UNITED STATES of America, Plaintiff–Appellee**

v.

**Travis D. THOMPSON, Defendant–Appellant.**

No. 15–30613
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 20, 2016.

Mary Patricia Jones, Assistant U.S. Attorney, John Christopher Dippel, Jr., Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

John Harvey Craft, Esq., New Orleans, LA, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Travis D. Thompson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Thompson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

